UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARDEN CITY BOXING CLUB, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT L. SANTOS, individually and as the alter ego of Los Gordos Inc. doing business as Mitla Café; JOE C. CAAMAL, individually and as the alter ego of Los Gordos, Inc. doing business as Mitla Café, <br><br> Defendants. | CASE NO. CV 03-7431 HLH (PJWx) <br><br> RENEWAL OF DEFAULT JUDGMENT BY CLERK |

    Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

    The judgment to and against Defendants Robert L. Santos and Joe C. Caamal, individually, and Los Gordos, Inc., an unknown business entity dba Mitla Café, the Judgment entered on 5/26/04 [copy attached] is hereby renewed in the amounts as set forth below:

    Renewal of money judgment:

///

|   |                                                      |              |
|---|------------------------------------------------------|--------------|
| a. | Total judgment                                      | $24,980.00   |
| b. | Costs after judgment                                | $   -0-      |
| c. | Attorneys fees:                                     | $   -0-      |
| d. | Subtotal *(add a and b)*                            | $24,980.00   |
| e. | Credits after judgment                              | $   -0-      |
| f. | Subtotal *(subtract d from c)*                      | $24,980.00   |
| g. | Interest after judgment                             | $ 6,010.65   |
| h. | Fee for filing renewal application                  | $   -0-      |
| i. | **Total renewed judgment** *(add e, 5, and g)*      | $30,990.65   |

DATED: 1/13/2014          CLERK, by  s/ Joseph Remigio          ,
                          Deputy

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
727 West Seventh Street, Suite 722
Los Angeles, CA 90017-3417

Tel: 213-229-9292
Fax: 213-229-9295
TPRLA@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

FILED
CLERK, U.S. DISTRICT COURT
MAY 26 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

2004 JAN 20 PH 12:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Garden City Boxing Club, Inc., | Case No. CV 03-7431 HLH (PJWx) |
|---|---|
| Plaintiff, | JUDGMENT ~~(Proposed)~~ |
| vs. | Priority ___<br>Send ___ |
| Robert L. Santos, et al., | THIS CONSTITUTES NOTICE OF ENTRY<br>AS REQUIRED BY FRCP, RULE 77(d). |
| Defendant. | Enter ___<br>Closed ___<br>JS-5/JS-6 ___<br>JS-2/JS-3 ___<br>Scan Only ___ |

Default having been entered in this action on January 8, 2004, the Application for and declarations in support of default judgment having been filed on or about January 19, 2004, and having been served on the Defendants and notice given and no appearance by the Defendants having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///
///
///
///
///
///
///
///

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 27 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JUDGMENT ~~(Proposed)~~
CASE NO. CV 03-7431 HLH (PJWx)
PAGE 1

EXHIBIT __A__

IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT be entered against Defendants Robert L. Santos and Joe C. Caamal, individually and Los Gordos, Inc., and unknown business entity d/b/a Mitla Cafe and in favor of Garden City Boxing Club, Inc., as follows:

a.  47 U.S.C. § 553 (b)(2) and (c)2(c):  $3,000.00 as statutory damages plus $20,000.00 as damages for willful violation:

Total:  $23,000.00

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $23,000.00 plus attorneys' fees in the amount of $1,980.00, for total of $24,980.00 and costs in the amount of to be claimed on a costs bill.

ITS SO ORDERED:

_____   Dated: MAY 2 6 2004
The Honorable Edward Rafeedie
Senior Justice of The United States District Court
Central District of California

///
///

JUDGMENT
CASE NO. CV 03-7431 RLH (PJWx)
PAGE 2