```
Al Lustgarten, Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
Attorney for Plaintiff
```

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

GARDEN CITY BOXING CLUB INC.  )
       Plaintiff,   vs.       )   Case No.: 2:03-CV-07431-ER-PJW
                             )
ROBERT L SANTOS, et al,      )   **RENEWAL OF JUDGMENT BY CLERK**
       Defendant,              )

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,

Judgment in favor of Plaintiff, Garden City Boxing Cub, Inc., and against Defendant, Robert L. Santos and Joe Caamal, individually and Los Gordos Inc., an unknown entity dba Mitla Cafe, entered on May 26, 2004 and renewed on January 13, 2014, be and the same is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $ 30,990.65 |
| b. | Costs after judgment | $ 0.00 |
| c. | Subtotal *(add a and b)* | $ 30,990.65 |
| d. | Credits | $ 8,711.95 |
| e. | Subtotal *(subtract d from c)* | $ 22,278.70 |
| f. | Interest after judgment (.13%) | $ 390.83 |
| g. | Fee for filing renewal of application | $ 0.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | $ **22,669.53** |

Dated: October 12, 2023      CLERK, by Deputy _[signature: Sharon Hall Brown]_